UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
PATRICK AUSTIN, :
:
:
Plaintiff, :
: 25-CV-965 (JMF)
-v- :
: ORDER
:
WAITING ROOM 134 LLC et al., :
:
Defendants. :
:
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      On **March 7, 2025**, Defendants were served with the Complaint, and proof of service was filed with the Court.  *See* ECF No. 11.  To date, Defendants have failed to appear in this action.  No later than **May 20, 2025**, Plaintiff shall submit a letter addressing whether Plaintiff has had any contact with Defendants or if they have any other reason to believe that Defendants have actual notice of this lawsuit.

      Plaintiff shall serve a copy of this Order electronically and/or by first-class mail on Defendants **within two business days from the date of this Order** and shall file proof of such service **within three business days of the date of this Order**.

      SO ORDERED.

Dated: May 13, 2025
      New York, New York

                                               JESSE M. FURMAN
                                              United States District Judge