UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
PATRICK AUSTIN,                                                         :
:
:
                Plaintiff,                                 :
:       25-CV-965 (JMF)
       -v-                                                              :
:       ORDER
:
WAITING ROOM 134 LLC et al.,                                            :
:
                Defendants.                                :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       Pursuant to the Court's May 21, 2025 Order, ECF No. 15, Plaintiff was required to file any motion for default judgment, the contents of which are described therein, within thirty days of the date of the Order.  To date, Plaintiff has not filed a motion for default judgment.  As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **July 7, 2025**.  Failure to file the motion by that deadline will result in the case being dismissed for failure to prosecute and/or as abandoned.

       Moreover, the initial pretrial conference currently scheduled for July 23, 2025, is hereby ADJOURNED *sine die*.

       SO ORDERED.

Dated: June 30, 2025
       New York, New York
                                                JESSE M. FURMAN
                                            United States District Judge